IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM J. GREGOR, | : | |
|     Plaintiff | : | No. 1:14-cv-00219 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| OFFICER SCOTT JOHNSEN and | : | |
| THE CITY OF HARRISBURG | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 5th day of August 2019, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. No. 75), Plaintiff's objections to the Report and Recommendation (Doc. No. 76), and Defendants' brief in opposition to Plaintiff's objections (Doc. No. 79), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's objections to the Report and Recommendation (Doc. No. 76) are **OVERRULED**;

2. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 75) is **ADOPTED**;

3. Defendants' motion for summary judgment (Doc. No. 67) is **GRANTED** in its entirety;

4. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff on Counts I and II of Plaintiff's complaint (Doc. No. 1); and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
